IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | IN BANKRUPTCY |
| ) | |
| SANTA ROSA MARBLE AND GRANITE, ) | Case No. 03 B 26296 |
| ) | |
| Debtor. ) | Judge Carol A. Doyle |

**TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY**

Daniel Hoseman, Trustee herein, pursuant to 11 U.S.C. 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following Report of Trustee's Deposit of Unclaimed Property with the Clerk of the Bankruptcy Court.

1. Trustee is the duly appointed, qualified and acting Trustee in this case.
2. On or about October 22, 2009, the Trustee sent a distribution check via U.S. Mail to the creditor listed on the attached **Exhibit "A"**.
3. The distribution check for this creditor has not been cashed.
4. The Trustee has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to Section 347 of the Bankruptcy Code.

/s/ Daniel Hoseman, Trustee

Daniel Hoseman, Trustee
P.O. Box 279
Highland Park, IL 60035
SantaRosaUnclFunds

## EXHIBIT "A"

| Claimant | Claim No. | Distribution Amount |
|---|---|---|
| Ajilon Finance<br>c/o Linda Sondey<br>Park 80 West<br>Plaza 2, 9th Floor<br>Saddle Brook, NJ 07663 | 1 | $153.00 |

SantaRosaUnclFunds